UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEE'ANGELO LAMAR GATHRITE, | Case No. 25-cv-02371-RMI |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION** |
| DOMINGUEZ, et al., | Re: Dkt. No. 16 |
| Defendants. | |

For good cause shown, it is hereby **ORDERED** that Defendants' second request for an extension of time (dkt. 16) to file a dispositive motion is **GRANTED**, and the motion shall be filed by **January 15, 2026**. No further extensions will be provided.

**IT IS SO ORDERED.**

Dated: December 1, 2025

ROBERT M. ILLMAN
United States Magistrate Judge