United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEE'ANGELO LAMAR GATHRITE,
Plaintiff,

v.

DOMINGUEZ, et al.,
Defendants.

Case No. 25-cv-02371-RMI

**JUDGMENT**

The Court entered an order granting Defendants' Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in accordance with that Order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 16, 2026

ROBERT M. ILLMAN
United States Magistrate Judge